**FIRST AMENDED COMPLAINT**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA



**RECEIVED**

OCT 6, 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

ABRAM OLIVER DEGARDEYN,
Plaintiff, Pro Se
v.
AT&T INC.; OPENAI, LP; X.AI CORP.; APPLE INC.; GRINDR LLC; UBER
TECHNOLOGIES INC.; FCA US LLC; CHRYSLER GROUP LLC; MOPAR (STELLANTIS
N.V.); ENTERPRISE HOLDINGS, INC.; REMINGTON KNIGHT (KILPATRICK
TOWNSEND & STOCKTON LLP); CHARITY GRIMM KRUPA,
and Sub-Defendants:
BOOST MOBILE LLC; SOFI BANK; MONEYLION INC.; AREA AGENCY ON AGING
REGION 7 (RUTH ANN, ROBERT); HIGHMARK INC.; UPMC HEALTH SYSTEM,
Defendants.

Case No. 2:25-cv-01429-WSH
Judge: W. Scott Hardy

**FIRST AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL LAW**

(101 COUNTS: RICO, ADA, REHAB ACT, FCRA, CPNI, §1983, §1985, DTSA, UDAP,
IDENTITY THEFT, RETALIATION, SEXUAL SURVEILLANCE PYRAMID)

**JURY TRIAL DEMANDED**

## I. INTRODUCTION

Plaintiff Abram Oliver DeGardeyn, proceeding pro se under ADA Title II accommodation,
brings this First Amended Complaint against the above-captioned defendants for a
coordinated pattern of civil rights violations, surveillance, retaliation, and digital sabotage.
This filing expands the original complaint to 101 counts, supported by timestamped
exhibits and sworn declarations.

## II. JURISDICTION AND VENUE

- Jurisdiction: 28 U.S.C. §§ 1331, 1343(a)(3), 1367(a)
- Venue: 28 U.S.C. § 1391(b)(2) – Events occurred in Western District of Pennsylvania

## III. PARTIES

- Plaintiff: Abram Oliver DeGardeyn, Point Marion, PA
- Defendants: Listed above, with corporate and individual addresses provided in Certificate of Service

## IV. FACTUAL BACKGROUND

Plaintiff alleges a coordinated conspiracy involving telecom throttling, AI runtime sabotage, sexual surveillance via Grindr metadata leaks, identity theft through xAI's Valentine profile, and retaliation by state actors. Key events include:

- Sept 20–21, 2024: Grindr SDK leak (49 pulses, 1GB metadata)
- July 17, 2025: xAI Valentine profile hijack
- Oct 1–2, 2025: AT&T/Verizon intercepts, Uber "containment" call, Enterprise abandonment
- Oct 2, 2025: Ruth Ann prank call, PD raid
- Oct 5, 2025: Remington Knight deposition sabotage

## V. CAUSES OF ACTION

Counts I–X: ADA Title II/III Violations
Counts XI–XX: §504 Rehabilitation Act
Counts XXI–XXX: FCRA/CPNI Violations
Counts XXXI–XL: §1983 State Actor Retaliation
Counts XLI–L: UDAP Predatory Lending
Counts LI–LX: DTSA Trade Secret Theft
Counts LXI–LXX: Sexual Surveillance Pyramid
Counts LXXI–LXXX: Mobility Sabotage
Counts LXXXI–XC: Evidence Spoliation
Counts XCI–CI: RICO Conspiracy, Identity Theft, Obstruction

Each count includes legal citation, factual basis, timestamped evidence, and damages sought.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests:

1. Compensatory damages: $50,000,000
2. Punitive damages: $50,000,000
3. Injunctive relief: Nationwide asset freeze, server seizure, ADA runtime overhaul
4. Attorney fees (pro se rate): $500/hr × 1,247 hours = $623,500
5. Costs and other relief as deemed just

## VII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## VIII. VERIFICATION

I, Abram Oliver DeGardeyn, declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2025, at Point Marion, Pennsylvania.

/s/ Abram Oliver DeGardeyn
511 Prospect Street EXT
Point Marion, PA 15474
abramd35@icloud.com | degardeyn@gmail.com
Mercury Protocol ID: proj_ZKAILROVQsLUYUWwe7hKYq1U